PER CURIAM: Robert McKoy waived presentment on an indictment for possession 
of a stolen vehicle, pled guilty, and was sentenc

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
David Solomon Jackson       
Appellant.
 
 
 

Appeal From Spartanburg County
J. Derham Cole, Circuit Court Judge

Unpublished Opinion No. 2003-UP-700
Submitted September 17, 2003  Filed December 3, 2003 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart; of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh; Assistant Deputy Attorney General Charles H. Richardson, 
 of Columbia; Harold W. Gowdy, III of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  David Solomon Jackson was indicted 
 and subsequently convicted for armed robbery.  After a bench trial, Jackson 
 was sentenced to ten years imprisonment.  Jackson appeals his conviction asserting 
 the trial improperly admitted his written statement in violation of Jackson 
 v. Denno, 378 U.S. 368, 84 S.Ct. 1774 (1967). 
Jacksons appellate counsel submitted a petition to 
 be relieved as counsel, stating she has reviewed the record and has concluded 
 Jacksons appeal is without merit.  Jackson did not file a pro se brief 
 with the court.
After a review of the record as required by Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues 
 that are arguable on their merits.  Accordingly, we dismiss Jacksons appeal 
 and grant counsels motion to be relieved. [1] 
 APPEAL DISMISSED.
HUFF, STILWELL and BEATTY, JJ., concur.

 
 [1]   Because oral argument would not aid the court 
 in resolving the issues on appeal, we decide this case without oral argument 
 pursuant to Rules 215 and 220(b)(2), SCACR.